JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 450 -- In re "Santa Barbara Like It Is Today" Photograph
Copyright Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 80/12/02 | 1 | MOTION, BRIEF, SCHEDULE, CERT. OF SVC. --pltf. Michael R. Wood. Suggested Transferee District: D. Nevada Suggested Transferee Judge: Honorable Roger D. Foley(ds) |
| 80/12/08 | 2 | LETTER advising The Panel of Corrections to pleading #1 -- Michael Wood (ds) |
| 80/12/15 | 3 | REQUEST FOR EXTENSION OF TIME -- Oregonian Publishing Co.-- GRANTED TO ALL PARTIES TO & INCLUDING JANUARY 9, 1981 cds |
| 80/12/17 | 4 | REQUEST FOR EXTENSION OF TIME -- The MacDonald Defendants PREVIOUSLY GRANTED TO ALL PARTIES TO & INCLUDING JANUARY 9, 1981. (ds) |
| 80/12/17 | 5 | REQUEST FOR EXTENSION OF TIME -- George Wittenburg, James W. Brown and Charles S. Bargiel -- PREVIOUSLY GRANTED TO ALL PARTIES (ds) |
| 80/12/17 | 6 | REQUEST FOR EXTENSION OF TIME -- Carl F. Eiberger and Raymond W. Martin. PREIVIOUSLY GRANTED TO ALL PARTIES TO AND INCLUDING JANUARY 9, 1981. (ds) |
| 80/12/22 | | AMENDED CERTIFICATE OF SERVICE (attached to pleading No. 1)(rew) |
| 81/01/07 | 7 | REQUEST FOR EXTENSION OF TIME -- County and City of Santa Barbara -- DENIED (cds) |
| 81/01/07 | | APPEARANCES:  MICHAEL WOOD pro se;  F.W. CLOUGH, ESQ. for Franklin Lowance, Gus Chavalas, Richard Hidalgo, David T. Shiffman, Alice B. Rypins, Nyle G. Utterback, Sheila Lodge, Hal Conklin, Patricia A. Fillippini, Francis S. Lopez, Lyle Reynolds and Jeanne Graffy;  JOHNSON, PILKINGTON & REYNOLDS, ESQS. for Westways Magazine by Automobile Club of So. Cal.;  PERRY & CLARY, ESQS. for Conde' Nast Publications, Inc. (House and Garden);  MARK R. DENTON, ESQ. for Western Banker Publishing, Inc.;  SELWYN & CAPALBO, ESQS. for L.A. County Medicial Assoc. sued as Centennial Display, by L.A. County Med. Assoc.;  JAMES HENDERSON, ESQ. for Phoenix Newspapers, Inc.;  G.L. KIRKLIN, ESQ. for Oregon Journal, and Oregonian-Portland by Oregonian Publishing Co.;  CARL F. EIBERGER, ESQ. for Denver Post, Inc.;  A.N. WEISSMAN, ESQ. for Brentwood Publishing Corp.;  C.L. IRVIN, ESQ. for Texaco Inc. and Christopher Kiersted;  T.B. OLSON, ESQ. for L. A. Magazine Co.;  P.T. GOUGH, ESQ. for Mobil Coil Corp.;  J.L. O'LOUGHLIN, ESQ. for Gulf Oil Corp. and Al A. Gioia;  McCUTCHEN, BLACK, VERLEGER & SHEA for Western Oil and Gas Assoc. and Harry Morrison;  C.W. VLAUTIN, ESQ. for Donrey, Inc. dba Las Vegas Review-Journal;  D.E. RUIZ, ESQ. for Ed Fulham;  M.R. GALANE, ESQ. for Bus. Management and Grade Teacher, the Instructor Magazine and Seattle Magazine; (Cont..) |

⊕

DOCKET NO. __450__ -- IN RE "SANTA BARBARA LIKE IT IS TODAY" PHOTOGRAPH COPYRIGHT
                            LITIGATION

| Date | Ref | Pleading Description |
|------|-----|---------------------|
| 81/01/07 | | APPEARANCES CONTINUED:  J.C. WHITEHEAD, ESQ. for Salem Oregon Statesman, Salem Capital Journal, Salinas Californian, Tucson Newspapers, Inc. and Arizona Daily Star;  E.F. FITZ, ESQ. for Union Oil Co. of Cal., Fred Hartley and Jerry Luboviski; McKAY AND BYRNE, ESQS. for George Rusich dba Triple "R" Press and Graphics West;  M. OWEN, ESQ. for Lane Publishing Co.; H.A. DONEGAN, JR., ESQ. for Insurance News, Inc.;  L.T. RAHN, ESQ. for Times Mirror Co. and McClatchy Newspapers;  W.L. NOVOTNY, ESQ. for Phoenix Magazine;  S.R. McMURRAY, ESQ. for Perpetual Storage Inc.;  J.L. GRANDSAERT, ESQ. for Brown Newspaper Pub. Co., Inc. and Richmond Independant;  H.J. HAFERKAMP, ESQ. for Hugh J. Haferkamp, W. Arvid Johnson, Chace Co. Adv.,Inc., Thomas Chace, individually, Richar Ehler, Howard Peterson, George A. Rempe, III, J. James Hollister, III, Howard Larson, Grandan Randle, dba Randle Photography, Larson Bateman, Inc., Hollister & Brace;  JAMES M. WETZEL, ESQ. for Bell & Howell Co. (Micro Photo Div.);  ROBERT M. SANGER, ESQ. for Goleta Valley Changer of Commerce, Betty Rosness, dba Rosness Advertising Associates;  G.L. WITTENBURG, ESQ. for James W. Brown, Cavalletto, Webster, Mullen & McCaughey, George L. Wittenburg and Charles S. Bargiel;  KENDRICK, NETTER & BENNETT, ESQS. for George H. Clyde, Joe J. Callahan, Daniel F. Grant, Francis H. Beattie, Curtis Tunnell, Charles F. Catterlin, Frank J. Frost, James M. Slater, Robert E. Kallman, Harrell Fletcher, David M. Yager, William B. Wallace, Robert L. Hedluund and Couty of Santa Barbara;  R.L. LEPP, ESQ. for George A.Lincoln and Advan, Inc.;  D.M. SWINTON, ESQ. for Cowles Publishing Co.;  G. WALSER, ESQ. for Microfilming Corp. of America;  STEPHEN G. CONTOPULOS, ESQ. for Peninsula Newspapers, Inc., Van Nuys Publishing Co., Sacramento Suburban Newspapers, Inc., The Sacramento Union Corp., The California Chamber of Commerce, California Delta Newspapers, Inc., East Bay Newspapers, Inc., Union Tribune Publishing Co., Victoria Press, John P. Scripps Newspapers, Telegram-Tribune Co., Entsunews, Inc., Newrick, Inc., The Daily Review, Inc., Paso Robles Newspapers, Inc., Dow Jones and Co., Inc., Eller Outdoor Advertising Co. of Calif., Oakland Tribune, Inc., Guard Publishing Co. , California Newspapers, Inc., Virginia-Pilot and the Ledger Star, The Monterey Peninsula Herald Co., Kearns-Tribune Corp., The Chronicle Publishing Co., San Francisco Newspaper Printing Co., Inc., San Francisco Mag., Inc., Amphlett Printing Co., Pacific Press Ltd., Wash. Daily News Co., The Seattle Times Co., Meredith Corp., Tribune Publishing Co., The Hearst Corp., National Geographic Society, Ziff-Davis Publishing Co., Phillippine News, and Crain Communications, Inc.; JOHN POUCHER, ESQ. for Ernest H. Brooks II President, Brooks Institute of Photography and Richard Boyce, faculty member; (continued...) |

JPML FORM 1A

### DOCKET ENTRIES

p. ___3___

#### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 450 -- IN RE "SANTA BARBARA LIKE IT IS TODAY" PHOTOGRAPH
COPYRIGHT LITIGATION

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 81/01/07 | | APPEARANCES CONTINUED: KOSMO & WALSH, ESQS. for Santa Barbara Chamber of Commerce, Inc., All Year Assoc., Williard W. McEwen, Jr., Frank Adams, George Repta, Carl Nissler, Marilyn Randle, Bruce O'Neal, Charles M. Tayler, Jr., Stanley C. Lowry, Roger Scott, Tom Brashears, Charles Saul, John Kemp, Pamela Webber, Ronald McGurer, and M. Scot Stewart, MYERS & WIDDERS, ESQS. for Monte L. Widders, John E. Greene, Marge Green, Jean Lucas, John Murdock, BBB of Santa Barbara, and Hartford Accident & Indemnity Co.; G. R. RICKS, ESQ. for News-Press Publishing Co., and City of Santa Barbara; P.Q. EZZELL, ESQ. for Haight, Dickson, Brown & Bonesteel, Peter Q. Ezzell, and Peggy Keller; W.A. DAVENPORT, ESQ. for Spokane Chronicle, Cowles Publishing Co.; L.T. RAHN, ESQ. for Fresno Bee and Sacramento Bee; S.W. SCHWARTZ, ESQ. for Harrison W. Eagles, Eagles/Palmer, Inc.; W.G. HAYES, ESQ. for Haagen Printing and Offset Co., Inc.; M. LENEHAN, ESQ. for Am. Society of Association Executives; J.W. HERRMANN, ESQ. for Bayard Publications, Inc., and Bill Communications, Inc.; K.J. TRAGER, ESQ. for Business Management and Grade Teacher; L. O'NEAL, ESQ. for San Jose Mercury News; B.R. TONGREN, ESQ. for Big Farmer - Western Edition, M.J. MEEHAN, ESQ. for Tucson Newspapers, Inc., The Arizona Daily Star, and Tucson Citizen; G.D. YOUNG, ESQ. for Santa Barbara Photoengraving, Inc.; C.M. HALL, ESQ. for Seattle Post-Intelligencer; DAVID BLASBAND, ESQ. for Instructor Publications, Inc.; WILLIAM M. BARR, ESQ. for Venture Magizine the Traveler's World; WELLS HUTCHINS, ESQ. for Motorland, California State Automobile Association   (cds) |
| 81/01/08 | | APPEARANCE: BRENT A. SCHLOTTMAN, ESQ. for Lawrence D. Schatz (cds) |
| 81/01/09 | 8 ✓ | RESPONSE -- Deft. Bill Communications, Inc. and Bayard Publications, Inc. -- w/cert. of svc. (emh) |
| 81/01/13 | | APPEARANCE: T.J. PANTALEO, ESQ. for Bakersfield Californian(cds) |
| 81/01/14 | 9 ✓ | RESPONSE -- Defendants City and County of Santa Barbara w/exhibit and cert. of svc.                    (rew) |
| 81/01/14 | 10 ✓ | RESPONSE -- Defendants George A. Lincoln and "Advan, Inc. w/cert of svc.                    (rew) |
| ~~81/01/14~~ | | ~~RESPONSE --- Deft. Western Oil and Gas Assn. and Harry~~ |
| 81/01/14 | 11 ✓ | RESPONSE -- Deft. Western Oil and Gas Assn. and Harry Morrison w/cert of svc.                    (rew) |
| 81/01/14 | 12 ✓ | RESPONSE -- Deft. Goleta Valley Chamber of Commerce, sued as Coleta Chamber of Commerce and Betty Rosness, dba Rosness Advertising Associates, sued as Rosness Advertising Associates w/cert. of svc. (ds) |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. _4_

DOCKET NO. ____  -- _____

| Date | Ref | Pleading Description |
|------|-----|----------------------|
| 81/01/15 | 13 | RESPONSE -- Certain Media Defendants -- w/Brief, Appendix A, Exhibits and cert. of service (cds) |
| 81/01/16 | 14 | MEMORANDUM (RESPONSE) -- Cowles Publishing Co., etc. -- w/Exhibit A and cert. of service (cds) |
| 81/01/19 | 15 | RESPONSE/MEMORANDUM -- The Denver Post, Inc. -- w/cert. of svc.  (emh) |
| 81/01/19 | 16 | REPONSE -- Defts. James W. Brown, Cavaletto, Webster, Mullen & McCaughey, George L. Wittenburgh and Charles S. Barqiel -- w/cert. of svc. (emh) |
| 81/01/19 | 17 | RESPONSE/BRIEF -- MacDonald Group, Ltd., Gordon L. MacDonald, MacDonald Management Corp., Carl Sachs, and John Winthrop -- w/cert. of svc. (emh) |
| 81/01/21 | 18 | RESPONSE/MEMORANDUM -- Texaco, Inc. & J. Christopher Kiersted -- w/Exhibit and cert. of svc. (emh) |
| 81/01/21 | 19 | RESPONSE -- Phoenix Newspapers, Inc. -- w/cert. of svc. emh |
| 81/01/21 | 20 | RESPONSE -- Better Business Bureau of Santa Barbara, Hartford Accident & Indemnity Co., John Greene, John Murdock, Jean Lucas and Monte Widders -- w/cert. of service.  (emh) |
| 81/01/22 | 21 | RESPONSE OF CERTAIN DEFENDANTS -- Bakersfield Californian and Haagen Printing and Offset Co., Inc. -- w/Exhibit A and B and cert. of service (cds) |
| 81/01/23 | 22 | RESPONSE -- Mobil Oil Corp. and Ed Fulham -- w/Exhibit and cert. of service (cds) |
| 81/01/23 |  | PANEL HEARING:  Setting Motion to Transfer for Panel Hearing on February 26, 1981 in San Antonio, Texas  (cds) |
| 81/01/27 | 23 | RESPONSE -- Hugh J. Haferkamp, et al. -- w/brief and cert. of service (cds) |
| 81/01/28 | 24 | COPY OF JANUARY 8, 1981 JUDGEMENT -- submitted by James Henderson, Atty. for Phoenix Newspapers, Inc. (cds) |
| 81/02/09 | 25 | RESPONSE -- Pertual Storage, Inc. -- w/cert. of svc. (emh) |
| 81/02/09 | 26 | RESPONSE -- Xerox Corp. -- w/cert. of svc. (emh) |
| 81/02/09 | 27 | RESPONSE -- Oregonian Publishing Co., on behalf of The Oregonian-Portland and The Oregon Journal -- w/cert. of service (cds) |
| 81/02/10 |  | AMENDMENT TO HEARING ORDER OF 1/23/81 -- To include A-30 which was inadvertently omitted -- NOT. INVOLVED JUDGES, CLERKS AND COUNSEL  (cds) |
| 81/02/10 |  | APPEARANCE: Patrick D. McVey for Seattle Magazine and King Broadcasting    (emh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 450 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 81/02/18 | 28 | REPLY/BRIEF -- Michael R. Wood -- w/Exhibit A thru F and cert. of svc.  (emh) |
| 81/02/24 | | AMENDED CERT. OF SVC.  (Pleading No. 27) -- Counsel for Oregonian Publishing Co.  (emh) |
| 81/02/24 | | HEARING APPEARANCES -- Michael R. Wood, Esq. for Michael R. Wood, individually & dba National Photo Services, Stephen G. Contopulos, Esq. for Media Defendants, Frederick A. Lorig, Esq. for City of Santa Barbara, et al., Hugh J. Haferkamp, Esq. for Hugh J. Haferkamp, et al., T.J. Pantaleo, Esq. for Bakersfield Californian (ds) Charles L. Irvin, Esq. for Texaco Inc. & Chrostopher Kiersted |
| 81/02/24 | | WAIVER OF ORAL ARGUMENT -- George Rusich dba Triple "R" Press, Graphics West, Lawrence D. Schatz, Cowles Publishing Co., Advan, Inc., George Lincoln, Lane Publishing Co., San Jose Mercury News, San Jose Today, California Today, Phoenix Newspapers, Inc.,Brentwood Publishing Corp., MacDonald Group, Ltd., Gordon L. MacDonald, MacDonald Management Corp., Carl Sachs, and John Winthrop, Donrey, Inc. dba Las Vegas Review-Journal, James W. Brown, Cavalletto, Webster, Mullen McCaughey, George L. Wittenburg, Charles S. Bargiel, Oregonian Publishing Co., Macmillan Proffessional Magazines, Inc., The Instructor Publications, Inc., Union Oil Co. of California, Fred Hartley, Jerry Luboviski, Salem Oregon Statesman, Salem Oregon Journal, Salinas Californian, Tucson Newspapers, Inc., Arizona Daily Star, Venture Magazine The Traveler's World, Zerox Corp., University Microfilm International Corp., Martin Stern, Jr., AIA Architect dba Martin Stern, Jr., AIA Architect and Associates, Bill Communications, Inc., Bayard Publications, Inc., Western Oil and Gas Assoc., Harry Morrison, Mobile Oil Corp., Ed Fulham, Texaco Inc. and J. Christopher Kiersted, Western Banker Publishing Inc., Times Mirror Co., McClatchy Newspapers, Denver Post, Goleta Valley Chamber of Commerce, Betty Rosness, and Betty Rosness dba Rosness Advertising Assoc., Haagen Printing and Offset Co., Inc., Better Business Bureau of Santa Barbara, Inc., Hartford Accident and Indeminity Co., John E. Greene, John Murdock, Jean Lucas and Monte L. Widders, ~~National Storage~~ Perpetual Storage, Angie Burke (No party listed)  (ds) Graphic Images  (ds) |
| 81/03/03 | 29 | RESPONSE BRIEF, CERT. OF SVC. (NOTIFIED THAT PAPERS MUST BE RECEIVED BY 2/19/81, ENVELOPE DATED 2/27/81) -- Deft. A. M. Best Co.  (ea) |

JPML FORM lA - Continuation

DOCKET NO. ___ -- _____

| Date | Ref | Pleading Description |
|------|-----|---------------------|
| 81/04/28 | | CONSENT OF TRANSFEREE COURT for assignment of litigation to the Honorable Roger D. Foley in D. Nevada.  (emh) |
| 81/04/28 | | TRANSFER ORDER -- transferring A-2 thru A-11, A-13 thru A-17, A-19 thru A-29 and A-31 thru A-36 to the District of Nevada pursuant to 28 U.S.C. §1407. (emh) |
| 81/05/19 | | ORDER -- Transferring A-12 Wood, etc. v. Santa Barbara Chamber of Commerce, et al., M.D. Florida, C.A. No. 80-190-Orl-Civ-Y; and A-30 Wood, etc. v. Santa Barbara Chamber of Commerce, et al., N.D. Texas, C.A. No. CA 3-80-1450-R to the District of Nevada -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL  (cds) |

JPML Form 1

Revised: 8/78

## DOCKET NO. 450 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION:  In re "Santa Barbara Like It Is Today" Photograph Copyright Litigation

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| 2/26/81 | 4/28/81 | TO | | D. Nevada | Hon. Roger D. Foley | |

SUMMARY OF LITIGATION

Special Transferee Information

DATE CLOSED: _4/2/52_

JPML FORM 1

**LISTING OF INVOLVED ACTIONS**

Pg. 1

DOCKET NO. 450  --  In re "Santa Barbara Like It Is Today" Photograph Copyright Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | D.Nevada Foley | LV 79-1 RDF | | | 12/22/80 | Both Transfer |
| A-2 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | D.Arizona Copple | 80-906 PHX (WPC) | APR 2 8 1981 | 81-213 RDF | | |
| A-3 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | D.Arizona Marquez | 80-304-TUC-ACM | APR 2 8 1981 | 81-214-RDF | | |
| A-4 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | C.D.CA. Phaelzer | 80-01102-MRP(Mx) | APR 2 8 1981 | 81-215-RDF | | |
| A-5 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | E.D.CA. Crocker | F-80-252-MDC | APR 2 8 1981 | 81-217-RDF | | |
| A-6 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | E.D.CA. Karlton | S-80-877-LKK | APR 2 8 1981 | 81-218-RDF | | |
| A-7 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | N.D.CA. Peckham | 80-4124-RFP | APR 2 8 1981 | 81-219-RDF | | |
| A-8 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | S.D.CA. Enright | 80-1773-E(m) | APR 2 8 1981 | 81-220-RDF | | |
| A-9 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | D. Colo. Arraj | 80-A-1488 | APR 2 8 1981 | 81-221-RDF | | |
| A-10 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | D. Conn. ~~Clarie~~ Daly | B-80-482 | APR 2 8 1981 | 81-222-RDF | | |
| A-11 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | D.D.C. Johnson | 80-2885 | APR 2 8 1981 | 81-223-RDF | | |
| A-12 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | M.D.FLA. Young | 80-590-Orl-Civ-Y | 1/14/81 | 81 335-RDF | | |

DOCKET NO. 450 -- In re "Santa Barbara Like It Is Today" Photogarph Copyright Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-13 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | N.D.Ill. Shadur | 80-C-6101 | APR 2 8 1981 | 81-224-RDF | | |
| A-14 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | S.D.Ind. Steckler | IP-80-1071-C | APR 2 8 1981 | 81-225-RDF | | |
| A-15 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | S.D.Iowa Vietor | 80-442-B | APR 2 8 1981 | 81-226-RDF | | |
| A-16 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | E.D.Mich. Cohn | 80-74073 | APR 2 8 1981 | 81-227-RDF | | |
| A-17 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | D.Neb. Urbom | 80-L-292 | APR 2 8 1981 | 81-228-RDF | | |
| A-18 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | D.Nev. Foley | 80-373-RDF | | | | |
| A-19 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | D.N.J. Thompson | 80-3532 | APR 2 8 1981 | 81-229-RDF | | |
| A-20 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | E.D.N.Y. Weinstein | 80-3053 | APR 2 8 1981 | 81-230-RDF | | |
| A-21 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | S.D.N.Y. Brieant | 80-6479-CLB | APR 2 8 1981 | 81-231-RDF | | |
| A-22 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | W.D.N.Y. Burke | 80-1030-B | APR 2 8 1981 | 81-232-RDF | | |
| A-23 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | M.D.N.C. Gordon | C-80-600-D | APR 2 8 1981 | 81-233-RDF | | |
| A-24 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | N.D.Ohio Aldrick | C80-2038A | APR 2 8 1981 | 81-234-RDF | | |
| A-25 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | D.Oregon | 80-6385-E | APR 2 8 1981 | 81-235-RDF | | |
| A-26 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | D.Oregon | 80-1015 | APR 2 8 1981 | 81-236-RDF | | |

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-27 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | E.D.Pa. Ditter | 80-4292 | APR 2 8 1981 | 81-237-RDF | | |
| A-28 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | W.D.Pa. Diamond | CA 80-1571 | APR 2 8 1981 | 81-238 | | |
| A-29 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | S.D.Tex. Sterling | H-80-2481 | APR 2 8 1981 | 81-239-RDF | | |
| A-30 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | N.D.Tex. Buchmeyer | CA3-80-1450-R | 5/1/81 | 81-337 PDF | | |
| A-31 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | D.Utah Anderson | C80-0650 A | APR 2 8 1981 | 81-240 RDF | | |
| A-32 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | E.D.Va. | 80-1199-N | APR 2 8 1981 | 81-241-RDF | | |
| A-33 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | E.D.Wash. McNichols | C-80-443-RJM | APR 2 8 1981 | 81-242-RDF | | |
| A-34 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | W.D.Wash. Voorhees | C80-1147-V | APR 2 8 1981 | 81-243-RDF | | |
| A-35 | Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al. | W.D.Wash. Tanner | C80-490T | APR 2 8 1981 | 81-244-RDF | | |
| A-36 | Michael R. Wood, etc. v. MacDonald Group Ltd., et al. | C.Calif. Lydick | CV80-2690-LTL | APR 2 8 1981 | 81-216-RDF | 8/12/81 | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 450 -- IN RE "SANTA BARBARA LIKE IT IS TODAY" PHOTOGRAPH COPYRIGHT

LITIGATION

---

MICHAEL R. WOOD, individually and
dba NATIONAL PHOTO SERVICES (A-1 - A-36)
Michael R. Wood, Esq.
1266 Coast Village Road
Santa Barbara, CA 93108


FRANKLIN LOWANCE
GUS CHAVALAS
RICHARD HIDALGO
DAVID T. SHIFFMAN
ALICE B. RYPINS
NYLE G. UTTERBACK
SHEILA LODGE
HAL CONKLIN
PATRICIA A. FILLIPPINI
FRANCIS S. LOPEZ
LYLE REYNOLDS
JEANNE GRAFFY
Frederick W. Clough, City Atty.
Anthony C. Fischer, Asst. City Atty.
City of Santa Barbara
City Hall
De La Guerra Plaza
P. O. Drawer P-P
Santa Barbara, CA 93102

WESTWAYS MAGAZINE by AUTOMOBILE CLUB
OF SOUTHERN CALIFORNIA
Johnson, Pilkington & Reynolds
Attorneys at Law
517 South Third Street
Los Vegas, Nevada 89101

THE CONDE' NAST PUBLICATIONS, INC.
(House & Garden)
Perry & Clary
Attorneys at Law
309 South Third Street, Suite 300
Las Vegas, Nevada 89101

WESTERN BANKER PUBLISHING, INC.
Mark R. Denton, Esq.
Denton & Denton, Ltd.
886 E. Sahara Avenue
Las Vegas, Nevada 89104

LOS ANGELES COUNTY MEDICAL ASSOC.
sued as CENTENNIAL DISPLAY, by LOS
ANGELES COUNTY MEDICAL ASSOC.
Selwyn & Capalbo
3435 Wilshire Blvd., Suite 1126
Los Angeles, CA 90010

PHOENIX NEWSPAPERS, INC.
James F. Henderson, Esq.
Gust, Rosenfeld, Divelbess & Henderson
3300 Valley Bank Center
201 North Central Avenue
Phoenix, Arizona 85073

OREGON JOURNAL, by ORGONIAN PUBLISHING
COMPANY
THE OREGONIAN-PORTLAND, by OREGONIAN
PUBLISHING COMPANY
George L. Kirklin, Esq.
Spears, Lubersky, Campbell & Bledsoe
800 Pacific Building
Portland, Oregon 97204

THE DENVER POST, INC.
LeRoy T. Rahn, Esq.
Christie, Parker & Hale
201 S. Lake Ave.
Pasadena, Calif. 91101

BRENTWOOD PUBLISHING CORP. (not sued
but publishing "ASSOCIATION & SOCIETY
MANAGER" Defendant)
Andrew N. Weissman, Esq.
Arkin and Weissman
P.O. Box 967
Culver City, CA 90230

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2__

DOCKET NO. __450__ -- IN RE "SANTA BARBARA LIKE IT IS TODAY" PHOTOGRAPH COPYRIGHT LITIGATION

TEXACO IN.
CHRISTOPHER KIERSTED
Charles L. Irvin, Esquire
Texaco Inc.
Post Office Box 52332
1111 Rusk Avenue
Houston, Texas 77052

LOS ANGELES MAGAZINE COMPANY
Rex S. Heinke, Esquire
Gibson, Dunn & Crutcher
515 South Flower Street
Los Angeles, CA 90071

MOBIL OIL CORPORATION
Paul T. Gough, Esq.
612 So. Flower
Room 327
Los Angeles, CA 90017

GULF OIL CORPORATION
AL A. GIOIA
James L. O'Loughlin, Esq.
Gulf Oil Corporation
Law Department
P.O. Box 3725
Houston, Texas 77001

WESTERN OIL AND GAS ASSOCIATION
HARRY MORRISON
McCutchen, Black, Verleger & Shea
Sharon F. Rubalcava, Esq.
3435 Wilshire Blvd., 30th Floor
Los Angeles, CA 90010

DONREY, INC. dba LAS VEGAS
REVIEW-JOURNAL
Casey W. Vlautin, Esq.
Woodburn, Wedge, Blakey & Jeppson
One East First Street
Reno, Nevada 89501

ED FULHAM
Darlene E. Ruiz, Esq.
612 South Flower, Ste. 327
Los Angeles, CA 90017

BUSINESS MANAGEMENT AND GRADE TEACHER
THE INSTRUCTOR MAGAZINE

Morton R. Galane, Esq.
Galane & Jimmerson
1100 First Nat'l Bank Bldg.
Las Vegas, Nevada 89101

SALEM OREGON STATESMAN
SALEM CAPITAL JOURNAL
SALINAS CALIFORNIAN
TUCSON NEWSPAPERS, INC.
ARIZONA DAILY STAR
Jerry Carr Whitehead, Esq.
Breen, Young, Whitehead & Belding
232 Court Street
Reno, Nevada 89501

UNION OIL COMPANY OF CALIFORNIA
FRED HARTLEY
JERRY LUBOVISKI
Elaine Fiber Fitz, Assistant Counsel
Union Oil Company of California
461 South Boylston St., Ste. 1115
Los Angeles, CA 90017

GEORGE RUSICH dba TRIPLE "R" PRESS
GRAPHICS WEST
McKay and Byrne
3250 Wilshire Blvd.
Suite 603
Los Angeles, CA 90010

SUNSET MAGAZINE
LANE PUBLISHING CO. a Nev. Corp.
Melville Owen, Esq.
Owen, Wickersham & Erickson P.C.
433 California Street
San Francisco, CA 94104

INSURANCE NEWS, INC.
Harold A. Donegan, Jr., Esq.
7440 Sixth Avenue
Scottsdale, AZ 85251

THE TIMES MIRROR COMPANY
McCLATCHY NEWSPAPERS
LeRoy T. Rahn, Esq.
Christie, Parker & Hale
201 S. Lake Avenue
Pasadena, CA 91101

PHOENIX MAGAZINE (by Phoenix Pub. Inc.)
William L. Novotny, Esq.
Mariscal, Weeks, McIntyre &
  Friedlander, P.A.
830 North First Avenue
Phoenix, Arizona 85003

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___3___

DOCKET NO. __450__ -- IN RE "SANTA BARBARA LIKE IT IS TODAY" PHOTOGRAPH
                          COPYRIGHT LITIGATION

PERPETUAL STORAGE INC.
Steven R. McMurray, Esq.
McMurray, Anderson & McIntosh
Suite 800 Beneficial Life Tower
36 South State Street
Salt Lake City, Utah 84111

BROWN NEWSPAPER PUBLISHING CO., INC.
   sued as publisher of THE RICHMOND
   INDEPENDANT
John L. Grandsaert, Esq.
Hunt & Hunt
111 Pine Street, Suite 1800
San Francisco, CA  94111

HUGH J. HAFERKAMP
W. ARVID JOHNSON
CHACE COMPANY ADVERTISING, INC.
THOMAS CHACE, individually
RICHARD EHLER
HOWARD PETERSON
GEORGE A. REMPE, III
J. JAMES HOLLISTER, III
HOWARD LARSON
GRADAN RANDLE, dba RANDLE PHOTOGRAPHY
LARSON BATEMAN, INC.
HOLLISTER & BRACE, sued as HOLLISTER,
   BRACE & ANGLE, a partnership, and
   HOLLISTER, BRACE & ANGLE, INC.,
   a professional corp.
Hugh J. Haferkamp, Esq.
1335 State Street
Santa Barbara, CA  93101

BELL & HOWELL CO. (Micro Photo Div.)
James M. Wetzel, Esq.
Cook, Wetzel & Egan, Ltd.
135 South LaSalle Street
Suite 2606
Chicago, Illinois  60603

GOLETA VALLEY CHAMBER OF COMMERCE,
   sued as GOLETA CHAMBER OF COMMERCE
BETTY ROSNESS, dba ROSNESS ADVERTISING
   ASSOCIATES, sued as ROSNESS
   ADVERTISING ASSOCIATES
Robert M. Sanger, Esq.
1616 Chapala Street
Santa Barbara, CA  93101

JAMES W. BROWN
CAVALLETTO, WEBSTER, MULLEN & McCAUGHEY
GEORGE L. WITTENBURG
CHARLES S. BARGIEL
George L. Wittenburg, Esq.
P.O. Drawer Z
Santa Barbara, CA  93102
CITY OF SANTA BARBARA
GEORGE H. CLYDE
JOE J. CALLAHAN
DANIEL F. GRANT
FRANCIS H. BEATTIE
CURTIS TUNNELL
CHARLES F. CATTERLIN
FRANK J. FROST
JAMES M. SLATER
ROBERT E. KALLMAN
HARRELL FLETCHER
DAVID M. YAGER
WILLIAM B. WALLACE
ROBERT L. HEDLUUND
COUNTY OF SANTA BARBARA
Kendrick, Netter & Bennett
Attorneys at Law
612 So. Flower Street
Los Angeles, CA  90017

GEORGE A. LINCOLN
ADVAN, INC.
Robert L. Lepp, Esq.
McGill, Koley, Parsonage & Lanphier
10010 Regency Circle
Omaha, Nebraska  68114

COWLES PUBLISHING CO. (The Spokesman-
   Review and Spokane Daily Chronicle
   newspapers)
Duane M. Swinton, Esq.
Witherspoon, Kelley, Davenport &
   Toole, P.S.
11th Floor, ONB Building
Spokane, WA  99201

MICROFILMING CORP. OF AMERICA
Gaither Walser, Esq.
Brinkley, Walser, McGirt, Miller
   & Smith
Court House Square
Box 557
Lexington, North Carolina  27292

DOCKET NO. __450__ -- IN RE "SANTA BARBARA LIKE IT IS TODAY" PHOTOGRAPH
COPYRIGHT LITIGATION

PENINSULA NEWSPAPERS, INC. publisher
of the PALO ALTO TIMES, PENINSULA
LIVING, REDWOOD CITY TRIBUNE, and
the defunct ADVANCE-STAR

VAN NUYS PUBLISHING CO. publisher
of the VALLEY NEWS

SACRAMENTO SUBURBAN NEWSPAPERS, INC.
publisher of the SUBURBAN WEEKLY

THE SACRAMENTO UNION CORP. publisher
of THE SACRAMENTO UNION

THE CALIFORNIA CHAMBER OF COMMERCE
publisher of the defunct PACIFIC
BUSINESS

CALIFORNIA DELTA NEWSPAPERS, INC.
publisher of the ANTIOCH DAILY
LEDGER

EAST BAY NEWSPAPERS, INC. publisher
of the CONTRA COSTA TIMES, CONCORD
TRANSCRIPT and VALLEY TIMES

UNION TRIBUNE PUBLISHING CO., division
of THE COPLEY PRESS, INC., publisher
of the SAN DIEGO UNION and EVENING
TRIBUNE

VICTORIA PRESS, division of F.P.
PUBLICATIONS (WESTERN) LTD. publisher
of THE DAILY COLONIST and VICTORIA
TIMES

JOHN P. SCRIPPS NEWSPAPERS dba VENTURA
COUNTY STAR-FREE PRESS, and the
NEWS CHRONICLE

TELEGRAM-TRIBUNE CO. dba SAN LUIS
OBISPO TELEGRAM

ENTSUNEWS, INC. dba SIMI ENTERPRISE
SUN AND NEWS

NEWRICK, INC. dba THE DAILY NEWS

PASO ROBLES NEWSPAPERS, INC. publisher
of THE DAILY PRESS and THE NORTH
COUNTY JOURNAL

THE DAILY REVIEW, INC. publisher
of THE DAILY REVIEW

DOW JONES AND CO., INC. publisher
of the NATIONAL OBSERVER and The
Wall Street Journal-Pacific Coast
Edition

ELLER OUTDOOR ADVERTISING CO. OF
CALIFORNIA

OAKLAND TRIBUNE, INC. publisher of
the OAKLAND TRIBUNE

GUARD PUBLISHING CO. publisher of
Eugene Register-Guard

CALIFORNIA NEWSPAPERS, INC. publisher
of INDEPENDENT JOURNAL
(continued...)

BROWN NEWSPAPER PUBLISHING CO., INC.

VIRGINIA-PILOT AND THE LEDGER STAR
division of LANDMARK COMMUNICATIONS,
INC. publisher of THE LEDGER-STAR
and THE VIRGINIAN-PILOT

THE MONTEREY PENINSULA HERALD CO.
publisher of the MONTEREY PENINSULA
HERALD

KEARNS-TRIBUNE CORP. publisher of
THE SALT LAKE TRIBUNE

THE CHRONICLE PUBLISHING CO. publisher
of the SAN FRANCISCO CHRONICLE

SAN FRANCISCO NEWSPAPER PRINTING
CO., INC.

SAN FRANCISCO MAGAZINE, INC. publisher
of SAN FRANCISCO MAGAZINE

AMPHLETT PRINTING CO. publisher of
SAN MATEO TIMES

PACIFIC PRESS LTD. publisher of THE
PROVINCE and THE VANCOUVER SUN

WASHINGTON DAILY NEWS CO. publisher
of the defunct WASHINGTON DAILY
NEWS

THE SEATTLE TIMES CO. publisher of
THE SEATTLE TIMES

MEREDITH CORP. publisher of SUCCESSFUL
FARMING and BETTER HOMES & GARDENS

TRIBUNE PUBLISHING CO. publisher
of THE TACOMA NEWS-TRIBUNE and
THE TACOMA NEWS-TRIBUNE and SUNDAY
LEDGER

THE HEARST CORP. publisher of TOWN
AND COUNTRY and its LOS ANGELES
HERALD-EXAMINER DIVISION, publisher
of the LOS ANGELES HERALD-EXAMINER;
its SAN FRANCISCO EXAMINER DIVISION,
publisher of the SAN FRANCISCO
EXAMINER; and its SEATTLE POST-
INTELLIGENCER DIVISION, publisher
of the SEATTLE POST-INTELLIGENCER

NATIONAL GEOGRAPHIC SOCIETY publisher
of NATIONAL GEOGRAPHIC

ZIFF-DAVIS PUBLISHING CO. publisher
of MODERN BRIDE and MEETINGS AND
CONVENTIONS

PHILLIPPINE NEWS publisher of THE
PHILIPPINE NEWS

CRAIN COMMUNICATIONS, INC., publisher
of ADVERTISING AGE

STEPHEN G. CONTOPULOS, ESQ.
Flint & Mac Kay
811 West 7th Street
Tenth Floor
Los Angeles, CA  90017

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___5___

DOCKET NO. __450__ -- IN RE "SANTA BARBARA LIKE IT IS TODAY" PHOTOGRAPH
COPYRIGHT LITIGATION

ERNEST H. BROOKS, II, PRESIDENT
RICHARD BOYCE, FACULTY MEMBER
HAROLD CLAYSON, FACULTY MEMBER
BROOKS INSTITUTE OF PHOTOGRAPHY
John Poucher, Esquire
Hollister & Brace
1126 Santa Barbara Street
Santa Barbara, CA 93110

√ SANTA BARBARA CHAMBER OF COMMERCE, INC.
√ ALL YEAR ASSOCIATION
WILLIARD W. McEWEN, JR., individually
   and OFFICER-DIRECTOR OF THE SANTA
   BARBARA CHAMBER OF COMMERCE
FRANK ADAMS
GEORGE REPTA
CARL NISSLER
MARILYN RANDLE
BRUCE O'NEAL
CHARLES M. TAYLER, JR. sued as CHARLES
   M. TAYLOR
STANLEY C. LOWRY
ROGER SCOTT
TOM BRASHEARS
CHARLES SAUL, sued as CHARLES M.
   SOULE
JOHN KEMP
PAMELA WEBBER
RONALD McGURER
M. SCOT STEWART
Kosmo & Walsh
1190 South Victoria Ave.
Suite 300
Post Office Box 6759
Ventura, CA 93003

MONTE L. WIDDERS
JOHN E. GREENE
MARGE GREEN (not listed as def.)
JEAN LUCAS
JOHN MURDOCK
BETTER BUSINESS BUREAU OF SANTA BARBARA,
   INC. aka BBB OF THE TRI-COUNTIES, INC.
HARTFORD ACCIDENT & INDEMNITY CO.
Myers & Widders
Buenaventura Financial Center
260 Maple Court, Suite 231
Ventura, California 93003

NEWS-PRESS PUBLISHING CO. not sued
   but publishing SANTA BARBARA NEWS
   PRESS

Gary R. Ricks, Esq.
Price, Postel & Parma
200 East Carillo Street
Santa Barbara, CA 93103

HAIGHT, DICKSON, BROWN & BONESTEEL,
   sued as HAIGHT, DICKSON, BROWN,
   BONSTEEL AND RIGGS, a partnership
PETER Q. EZZELL
PEGGY KELLER
Peter Q. Ezzell, Esq.
Haight, Dickson, Brown & Bonesteel
815 Moraga Drive
Los Angeles, CA 90049

THE SPOKANE CHRONICLE CO., a Washington
   corp., not sued but publishing
   the Spokane Daily Chronicle
Cowles Publishing Co., publisher
   of The Spokesman-Review, sued as
   The Spokesman-Review by Review
   Chronicle
Wm. A. Davenport, Esq.
Witherspoon, Kelley, Davenport &
   Toole
11th Floor Old Nat'l Bank Bldg.
Spokane, Washington 99201

TIMES MIRROR CO. - LOS ANGELES TIMES
   (MAIN NEWS), LOS ANGELES TIMES-
   CALENDAR, LOS ANGELES TIMES-HOME
   MAGAZINE, LOS ANGELES TIMES-WEST
   MAGAZINE
THE FRESNO BEE
THE SACRAMENTO BEE
LeRoy T. Rahn, Esq.
Christie, Parker & Hale
201 South Lake Avenue
Pasadena, CA 91109

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p.   6

DOCKET NO.   450   -- IN RE "SANTA BARBARA LIKE IT IS TODAY" PHOTOGRAPH
COPYRIGHT LITIGATION

---

HARRISON W. EAGLES
EAGLES/PALMER, INC., sued as EAGLES/
  PALMER, INC., aka EAGLES, BURKE &
  MENARD, INC., aka EAGLES, BURKE
  AND PALMER, INC., a corp.
Stanley W. Schwartz, Esq.
Crawford, Schwartz & Davidson
200 La Arcada Bldg.
1114 State Street
Santa Barbara, CA  93109
THE BAKERSFIELD CALIFORNIAN
HAAGEN PRINTING AND OFFSET CO., INC.,
  sued as HAAGEN PRINTING, INC.
T. J. Pantaleo, Esquire
3701 Wilshire Blvd. 7th Floor
Los Angeles, CA 90010

AMERICAN SOCIETY OF ASSOCIATION
  EXECUTIVES, publishing ASSOCIATION
  MANAGEMENT, sued as ASAE, by
ASSOCIATION MANAGEMENT
Michael Lenehan, Esq.
Webster & Chamberlain
1747 Pennsylvania Ave., N.W.
Washington, D. C.  20006

BAYARD PUBLICATIONS, INC.
BILL COMMUNICATIONS, INC.
Jeffrey W. Herrmann, Esq.
Miller, Montgomery, Sogi, Brady &
  Taft, P.C.
200 Park Avenue
New York, New York  10166

BUSINESS MANAGEMENT
GRADE TEACHER, by MACMILLAN PROFESSIONAL
  MAGAZINES, INC.
Katherine J. Trager
Macmillan, Inc.
866 Third Avenue
New York, New York  10022

SAN JOSE MERCURY NEWS
Louis O'Neal, Esq.
2 W. Santa Clara Street
San Jose, CA  95113

BIG FARMER - WESTERN EDITION
  by BIG FARMER, INC.
B. R. Tongren, Esq.
Clinton, Tongren & Grim
103 East Main Street
Peotone, IL  60468

TUCSON NEWSPAPERS, INC.
THE ARIZONA DAILY STAR
TUCSON CITIZEN
Michael J. Meehan
P.O. Box 2268
Tucson, Arizona  85702

SANTA BARBARA PHOTOENGRAVING, INC.
Gregory D. Young, Esq.
Thomas G. Gehring, Esq.
Young & Briggs
150 East Carrillo Street
Santa Barbara, CA  93101

SEATTLE POST-INTELLIGENCER
Camden M. Hall, Esq.
Foster, Pepper & Riviera
34th Floor - 1111 Third Ave. Bldg.
Seattle, Washington  98101

INSTRUCTOR PUBLICATIONS, INC.
David Blasband, Esq.
110 East 59th Street
New York, New York  10022

VENTURE MAGAZINE   THE TRAVELER'S
  WORLD (Travelventures, Inc.) by
  COWLES COMMUNICATIONS, INC.
William M. Barr, Esq.
Raymond, Wilson, Conway, Barr, Burrows
  and Jester
P.O. Box 5725
501 N. Grandview Avenue
Daytona Beach, FL  32018

MOTORLAND,
CALIFORNIA STATE AUTOMOBILE ASSOC.
Wells Hutchins, Esq.Chief Counsel
California State Auto Association
150 Van Ness Avenue
San Francisco, CA  94101

LAWRENCE D. SCHATZ
Brent A. Schlottman, Esq.
Donnelly & Schlottman
233-A East Carrillo Street
Santa Barbara, CA  93101

A.M. BEST CO.
Joel M. Bacher, Esq.
41 Furman Drive
Wayne, New Jersey  07470

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __7__

DOCKET NO. __450__ -- <u>IN RE "SANTA BARBARA LIKE IT IS TODAY" PHOTOGRAPH COPYRIGHT</u>
<u>LITIGATION</u>

<u>GORDON L. MACDONALD</u>
Everett B. Clary, Esq.
O'Melveny & Myers
611 West Sixth Street
Los Angeles, CA  90017

<u>CITY OF SANTA BARBARA</u>
Kendrick, Netter & Bennett
Suite 600
612 South Flower
Los Angeles, CA  90017

SEATTLE MAGAZINE
<u>KING BROADCASTING</u>
Patrick D. McVey, Esquire
Riddell, Williams, Ivie,
  Bullitt & Walkinshaw
4300 Seattle-First National
  Bank Building
Seattle, Washington  98154

JPML FORM 3

p. **1**

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 450 -- In re "Santa Barbara Like It Is Today" Photograph Copyright Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Santa Barbara Chamber of Commerce, Inc. | 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20 21,22,23,24,25,26,27,28,29,30,31,32,33,34,35 |
| Williard W. McEwen, Jr. | 1,4 |
| Hugh J. Haferkamp | 1,4 |
| Monte L. Widders | 1,4 |
| Arvid Johnson | 1,4,6 |
| Jerry Whatley | 1,4 |
| James W. Brown | 1,4 |
| Chace Company Advertising, Inc. | 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20 21,22,23,24,25,26,27,28,29,30,31,32,33,34 35 |
| Thomas C Chace | 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20 21,22,23,24,25,26,27,28,29,30,31,32,33,34 35 |
| Richard Ehler | 1,4 |
| Howard Peterson | 1,4 |

p. 2

| | |
|---|---|
| Better Business Bureau of Santa Barbard, Inc. | 1, 4 |
| John E. Greene | 1, 4 |
| John Murdock | 1 |
| Jean Lucas | 1, 4 |
| All Year Association ( a corporation) | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35 |
| All Year Accociation ( an unincorporated association) | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35 |
| Carl Nissler | 1, 4 |
| Frank Adams | 1, 4 |
| Marilyn Randle | 1, 4 |
| Bruce O'Neal | 1, 4 |
| Charles M. Taylor | 1, 4 |

JPML FORM 3

p. **3**

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____  -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Charles M. Saul | 1,4 |
| Stanley C. Lowry | 1,4 |
| Roger Scott | 1,4 |
| Tom Brashears | 1,4 |
| John Kemp | 1,4 |
| George Repta | 1,4 |
| Pamela June Webber | 1,4 |
| Ronald McGurer | 1,4 |
| M. Scott Stewart | 1,4 |
| Aetna Life & Casualty, Inc. | 1,7 |
| Peter O. Ezzell | 1,4 |

p. 4

| | |
|---|---|
| Peggy Keller | 1, 4 |
| Haight, Dickson, Brown, Bonesteel & Riggs (a partnership) | 1, 4 |
| Hartford Accident & Indemnity Co. | 1, 7 |
| Cavalletto, Webster, Mullen & McCaughey (a partnership) | 1, 4 |
| Hollister, Brace & Angle (a partnership) | 1, 4 |
| Hollister, Brace & Angle, Inc. | 1, 4 |
| George A. Rempe, III. | 1, 4 |
| J. James Hollister, III. | 1, 4 |
| Santa Barbara Convention Bureau, Inc. | 1, 4 |
| Eagles/Palmer, Inc. | 1, 4, 5, 6, 7, 10, 13, 15, 16, 23, 24, 26 |
| Harrison W.H. Eagles | 1, 4 |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Mary Dorsey Eagles | 1 |
| Angeline Burke | 1,4 |
| Larson-Bateman, Inc. | 1,4 |
| Howard Larson | 1,4 |
| Mobil Oil Corporation | 1,2,3,4,5,7,8,13,18,21,24 |
| Union Oil of California | 1,2,3,4,5,7,8,13,18,24 |
| Gulf Oil Corporation | 1,2,3,4,5,7,8,13,18,24 |
| Texaco, Inc. | 1,2,3,4,5,7,8,13,18,21,24 |
| Fred Hartley | 1,4 |
| Jerry Luboviski | 1,4 |
| Fritz Springman | 1 |

p. **6**

| | |
|---|---|
| Al A. Gioia | 1, 29 |
| J. Christopher Kirster | 1, 21 ~~dis~~ |
| ~~Ed,~~ Ed Fulham, Mobil Agent | 1, 4 |
| Western Oil & Gas Association | 1, 2, 3, 4, 5, 7, 8, 18 |
| Harry Morrison | 1, 4 |
| Santa Barbara Photo Engraving, Inc. | 1, 4 |
| Graphic West, Inc. | 1, 4 |
| Haagen Printing Inc. | 1, 4 |
| Graphic Images, Inc. formerly Hollywood Mat & Engraving | 1, 4 |
| George Rusick dba Triple R Press | 1, 4 |
| Advan, Inc. (outdoor advertising) | 1, 11 |

JPML FORM 3

p. **7**

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| The Advance-Star/Burlingame | 1, 7 |
| Antioch, *Daily* Ledger *Calif. Delta Newspapers* | 1, 7 |
| The Arizona Daily Star | 1 |
| Arizona Register | 1 |
| Arizona Republic by Phoenix Republic & Gazette | 1 |
| ASAE (American Society of Association executives) | 1, 11 |
| ASCA News | 1 |
| Association & Society Manager *by Brentwood Publications* | 1, 4 |
| Bakersfield Californian | 1, 5 |
| Best's Insurance Convention Guide | 1, 19 |
| Big Farmer-Western Edition | 1, 13 |

p. *8*

| | |
|---|---|
| Business Management *by*<br>*Macmillan Prof. Mag.* | 4,21 |
| The Calgary Herald *by*<br>*Southam Press* | 4,18 |
| California Living<br>Magazine | 1 |
| California, Nevada<br>Vacation & Travel<br>Guide | 1 |
| California Mission<br>Country Visitors Assoc.,<br>Ltd. | 1 |
| California Today | 1 |
| Canadian Bride & Fashion<br>Magazine *by Canadian*<br>*Bride Pub. Co.* | 1,18 |
| Centennial Display *by*<br>*L.A. County Medical*<br>*Assn.* | 4,4 |
| Concord Transcript | 4,7 |
| The Daily Colonist *by*<br>*Victoria Press Ltd.* | 1 |
| The Daily News<br>(Camarillo) | 1 |

JPML FORM 3

p. **7**

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| The Daily Review | 1 |
| The Daily Press *by Paso Robles Newspapers Inc* | 1,4 |
| The Denver Post, Inc. | 1,9 |
| Dublin *Valley* Times *by East Bay Newspapers* | 1,7 |
| The Edmonton Journal | 1,18 |
| Enterprise Sun & News | 1 |
| Eugene Register - Guard | 1,25 |
| Evening Tribune- San Diego *by Union Tribune Publishing Co* | 1,8 |
| The Fresno Bee | 1,5,18 |
| Grade Teacher *by CCM Prof. Mag. Inc* | 1,21 |
| Hayward *Daily* Review *by The Daily Review, Inc.* | 1,7 |

p. *10*

| | |
|---|---|
| Herald Examiner | 1 |
| Holiday Magazine *by Curtis Publishing Co.* | 6,14 |
| House & Garden *by The Conde Nast Publication Inc.* | 1,21 |
| Independent Journal *by Marin's Daily Newspaper* | 4,7 |
| The Instructor Magazine *by The Instructor Publications Inc* | 1,22 |
| Insurance Magazine *(Green Book of Convention Planning) by Bryant Publications, Inc* | 1,10 |
| Insurance News *by Skillette Communication* | 1,2 |
| Las Vegas Review-Journal *(Donrey, Inc)* | 1,18 |
| Ledger-Star *by Landmark Communications* | 1,32 |
| The Los Angeles Magazine | 4,4 |
| Los Angeles Times *by Times Mirror Co.* | 1,4 |
| *Los Angeles Times-West magazine by The Times Mirror Co.* | 4 |

JPML FORM 3

p. _11_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Los Angeles Times Calendar | 1,4 |
| Los Angeses Times-Home Magazine | 1,4 |
| Meetings & Conventions *by Gillett Publication* | 1,21 |
| Mission Country Visitors Guide | 1,4 |
| Modern Bride *by Ziff Davis Pub. Co.* | 1,21 |
| Monterey Peninsula Herald | 47 |
| *California State Automo-bile Assn.* Motorland | 1,7 |
| National Geographic | 1,11 |
| The National Observer *by Dow Jones & Co.* | 1,19 |
| News Chronicle | 1 |
| North Country Journal | 1 |

p. _12_

| | |
|---|---|
| Oregon Journal | 1, 26 |
| The Oregonian-Portland | 1, 26 |
| Oakland Tribune | 1, 7 |
| Pacific Business *by Calif. Chamber of Commerce* | 1, 6 |
| Palo Alto Times *by Peninsula Newspaper* | 1, 7 |
| Paso Robles Press | 1 |
| Pecard Magazine | 1 |
| Peninsula Living | 1, 7 |
| Phoenix Magazine | 1, 2 |
| Phoenix Gazette | 1, 2 |
| *Gazette* Phoenix Republic | 1 |

*Arizona Republic   2*

*Oregon, Calif, AZ.*

JPML FORM 3

p. *13*

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| The Province<br>*Pacific Press Ltd.* | 1 |
| Redwood City Tribune<br>*Peninsula Newspapers* | 4,7 |
| Richmond Independent | 4,7 |
| The Sacramento Bee | 4,6 |
| The Sacramento Union &<br>Suburban Weekly | 4,6 |
| Sales Meetings & Conventions<br>*by Philippine News* | 4,7 |
| Salem Capital Journal | 1,25 |
| Salem Oregon Statesman | 1,25 |
| Salinas Californian | 4,7 |
| The Salt Lake Tribune<br>*by Kearns Tribune Corp* | 1,31 |
| Santa Barbara News-Press<br>*News Press Pub. Co.* | 4,4 |

p. *14*

| | |
|---|---|
| Seattle Magazine *by King Broadcasting Co.)* | 1, 34 |
| Seattle Post-Intelligencer *(Hearst Corp)* | 1, 34 |
| The Seattle Times' | 1, 34 |
| Simi Enterprise-Sun & News *by Intsunews, Inc* | 1, 7 |
| San Diego Magazine | 1, 8 |
| San Diego Union *Copley Press dba a Union Tribune Pub. Co.* | 1, 8 |
| San Francisco Chronicle | 1, 7 |
| San Francisco Examiner | 1, 7 |
| San Francisco Examiner & Chronicle-Sunday | 1, 7 |
| San Francisco Magazine | 1, 7 |
| San Jose Mercury News | 1, 7 |

JPML FORM 3

p. 15

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___450--___ _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| San Jose Today | 6,7 |
| San Luis Obispo Telegram Tribune | 1,4 |
| San Rafael Independent Journal | 1 |
| S/M Sales Meeting | 1 |
| Spokane Daily Chronicle | 1,33 |
| The Spokesman-Review | 1,33 |
| Southern California Business by Los Angeles Chamber of Commerce | 1,4 |
| Sports-Illustrated - Western Edition (by Time, Inc.) | 1,21 |
| Star-Free Press | 1 |
| Successful Farming *Ry* *Meredith Corp.* | 1,15 |
| The Sun | 1 |

p. _16_

| | |
|---|---|
| Sunset Magazine | 1,7 |
| Sunset Magazine - Christmas Ideas & Answers | 1 |
| The Tacoma News Tribune & Sunday Ledger by Tribune Publishing Co. | 1, 35 |
| AMPHLETT PRINTING CO. by The Times-San Mateo-California | 1,7 |
| Town & Country Magazine | 1,21 |
| _Travel & Leisure (formerly_ Travel & Camera Magazine by U.S. Camera Publishing Corp. _by Amn. Exp.)_ | 1,21 |
| Travel Service | 1 |
| Travelvision-Southern California Travel Guide 1971-72 by Windsor Publications | 1,4 |
| Tucson Daily Star | 1,3 |
| Tucson Daily Citizen | 1,2 |
| Union Tribune Publishing Co. | 1 |

JPML FORM 3

p. *12*

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. *450*-- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Vacationland | 1 |
| Vacationland/USA-Financial Post Magazine by MacLean-Hunter Ltd. | 1,18 |
| The Valley News and Green Sheet | 1,4 |
| Vancouver Life Magazine | 1,18 |
| Vancouver Sun by Pacific Press Ltd. | 1,18 |
| Vancouver Province by Pacfic Press Ltd. | 1,18 |
| Venture Magazine - The Traveler's World by Travelventures, Inc. | 1,11,21,12 |
| Victoria Daily News | 1 |
| Victoria Daily Times by Victoria Press Ltd. | 1,18 |
| The Virginian-Pilot *by Landmark Communications of Va Inc* | 1,32 |
| *Daily* Victoria Colonist *Press* | 1,18 |

p. *18*

| | |
|---|---|
| The Wall Street Journal Pacific Coast Edition by Dow Jones & Co., Inc. | 1,2,19 |
| Walnut Creek Contra Times | 1,7 |
| Washington Daily News | 1,11 |
| Western Banker- Western Living | 1,7 |
| Westways Magazine by Automobile Club of Southern California | 1,4 |
| World Convention Dates by Hendrickson Publishing Co. | 1,20 |
| Hal Clason (Harold) | 1,4 |
| Eller Outdoor Advertising Co. of Californi | 1,7 |
| Graphic Images, Inc. | 1 |
| Posters, Inc. of California | 1,29 |
| Brooks Institute of Photography | 1,4 |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 450

| Name of Party | Named as Party in Following Actions |
|---|---|
| Ernie Brooks, Jr. | 1, 4 |
| Richard Boyce | 1, 4 |
| Goleta Chamber of Commerce | 4, 4, 7, 10, 11 |
| Betty Rosness | 1, 4 |
| Rosness Advertising Associates | 1 |
| John Adams & Son, Inc. | 1, 4 |
| Gradan D. Randle d/b/a Randle Photography | 1, 4 |
| Carl E. Smith | 1, 29 |
| City of Santa Barbara, a municipal corporation | 1, 2, 4, 5-10, 13, 14, 16, 17, 18, 21-26, 28-35 |
| County of Santa Barbara | 1-4, 7, 8, 10, 11, 12, 13, 16, 17, 20, 21, 23, 24, 27, 28, 29, 34 |
| Life Time (formerly Arizona Register by Catholic Diocese of Tucson) | 3 |

p. 20

| | |
|---|---|
| Neil Murdock | |
| News Chronicle (Thousand Oaks) by John P. Scripps Newspapers | |
| Paso Robles Press | |
| Los Angeles Herald Examiner by Hearst Corp. | |
| The Camarillo Daily News by Newrick, Inc. | |
| Ventura County Star-Free Press | |
| North County Journal by Paso Robles Newspapers, Inc. | |
| Gerald S. Firestone | |
| Gladys B. Carr | |
| Franklin E. Lawrance | |
| Frank Arguelles | |

JPML FORM 3

p. 21

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 450 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Gus Chevalas | |
| Dr. Alan Q. Eschenroeder | |
| William A. Sayre | |
| Richard Hidalgo | |
| David T. Shiffman | |
| Leo Martinez | |
| Alice B. Rypins | |
| Lawrence D. Schatz | |
| Nyle D. Utterback | |
| S. L. "Bud" Eyman | |
| Sheila Lodge | |

p. 22

| | |
|---|---|
| Hal Conklin | |
| Patricia A. Fillippini | |
| Francis S. Lopez | |
| Lyle Reynolds | |
| Jeanne M. Graffy | |
| George H. Clyde | |
| Joe J. Callahan | |
| Daniel F. Grant | |
| Francis H. Beattie | |
| Curtis Tunnell | |
| Charles F. Catterlin | |

JPML FORM 3

p. 23

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 450 _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Frank J. Frost | ✓ |
| James M. Slater | ✓ |
| Robert E. Kallman | ✓ |
| Harrell Fletcher | ✓ |
| David M. Yager | ✓ |
| William B. Wallace | ✓ |
| Robert L. Hedlund | ✓ |
| Los Angeles Times (Microfilm Dept.) by Times Mirror Corp. | ✓ |
| Data Microfilming Corp. | ✓ |
| Press-Interpress Typesetting Svcs, Inc. (Custom Micro-filming Systems Div.) | ✓ |
| Library Microfilming Div. of Bay Microfilming) | ✓ |

p. 24

| | |
|---|---|
| Xerox Corp. (University Microfilm Inter'l aka Xerox University Micro-films) | 9,10,16 |
| Advertising Age by Crain Communications | 13 |
| Bell & Howell Co. (Micro Photo Div.) | 13, 221 |
| Betters Homes & Gardens by Meredith Corp. | 15 |
| George A. Lincoln | 18 |
| Commonwealth Microfilm Library Ltd. | 18 |
| MacLean Hunter, Ltd. (MacLean Hunter Micro-film Svcs. Div.) | 18 |
| MacLean's Magazine by MacLean Hunter Ltd. | 18 |
| Calgary Albertan Div. of F. P. Publica-tions | 18 |
| Microfilming Corp. of America | 23 |
| | |

JPML FORM 3

p. 25

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 450 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| SUCCESSFUL MEETINGS (formerly **Sales**. Meetings( by Bill Communications, Inc. (formerly Meetings, Inc.) | 25 |
| Microfilm Center of Texas, Inc. | 30 |
| Perpetual Storage, Inc. (Micrographics Division) formerly Omniwest Corp. & Universal Microfilming Corp.) | 31 |
| MacDonald Group Ltd. (successor to Five Points Shopping Center, a Ltd. Partnership) | 36 |
| MacDonald Management Corp., a sibsodoaru pf ,acDonald Group Ltd. | 36 |
| GORDON L. MacDONALD | 36 |
| George Wittenburg | 36 |
| James W. Brown | 36 |
| Charles S. Bargiel | 36 |
| Carl Sachs | 36 |
| John Winthrop | 36 |