APR 28 1981

PATRICIA D. HOWARD
CLERK OF THE PANEL

4/28/81

DOCKET NO. 450

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE "SANTA BARBARA LIKE IT IS TODAY" COPYRIGHT INFRINGEMENT LITIGATION

TRANSFER ORDER*

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by plaintiff in the 33 actions listed on the attached Schedule A for centralization of the actions in a single district for coordinated or consolidated pretrial proceedings.[1]/ Movant originally favored selection of the District of Nevada as transferee forum but subsequently has suggested six other forums -- the Southern District of Iowa, the Central District of California, the Northern District of California, the District of Colorado, the Northern District of Illinois, or the Southern District of New York -- as more appropriate transferee districts. More than 250 defendants have been named in the various actions. Of the various defendants who have responded to the motion, 34 oppose transfer and 56 support transfer. Of the 56 defendants who support transfer, 38 favor selection of the District of Nevada as the transferee forum, seventeen favor selection of the Central District of California as the transferee forum, and one expresses no preference.

On the basis of the papers filed and the hearing held, the Panel finds that these 33 actions involve common questions of fact and that centralization of the actions under Section 1407 in the District of Nevada will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.

In all the actions in this litigation plaintiff alleges that defendants or their agents used certain of his copyrighted photographs without his permission and/or that defendants

---

* Judges Andrew A. Caffrey and Frederick A. Daugherty took no part in the decision of this matter.

1/ Plaintiff's motion included three other actions -- one each pending in the Middle District of Florida, the District of Nevada, and the Northern District of Texas -- that have been dismissed prior to entry of our decision in this docket. Accordingly, the question of transfer with respect to those three actions is moot. If, upon appeal, any of those actions are reinstated, the Panel will then treat them as potential tag-along actions pursuant to Rules 1, 9 and 10, R.P.J.P.M.L., 78 F.R.D. 561, 562, 567-69 (1978).

or their agents, as part of an effort to conceal the purported copyright infringements, entered into a conspiracy to boycott plaintiff's business. Transfer under Section 1407 is necessary in order to avoid duplicative discovery on the factual questions raised by these allegations. Some opponents to transfer argue, however, that the collateral estoppel and res judicata effects of already concluded related actions, including the Nevada action mentioned in footnote 1, supra, will enable the actions in this litigation to be quickly and summarily dismissed in the districts in which the actions have been brought without necessity of transfer. To the extent that a method of summary disposition may be possible in this litigation, centralization under Section 1407 will conserve judicial resources by requiring only one judge to rule on motions to dismiss or motions for summary judgment, and will at the same time eliminate the risk of inconsistent rulings.

Although we are of the view that either the Central District of California or the District of Nevada could be described as an appropriate transferee forum for this litigation, on balance, we conclude that the District of Nevada is preferable. Judge Roger D. Foley, to whom the Nevada action noted in footnote 1, supra, was assigned, has already developed an extensive familiarity with the factual and legal issues present in this litigation.[2/] Judge Foley, therefore, is in the best position to ensure that common pretrial proceedings in this litigation will be brought to a just and expeditious conclusion.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the following Schedule A and pending in districts other than the District of Nevada be, and the same hereby are, transferred to the District of Nevada and, with the consent of that court, assigned to the Honorable Roger D. Foley for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

                        FOR THE PANEL:

                        _____
                        Roy W. Harper
                        Acting Chairman

---

2/ The second Nevada action included in plaintiff's motion, which is included in the 33 actions listed on Schedule A, continues to be assigned to Judge Foley.

SCHEDULE A

MDL-450 -- In re "Santa Barbara Like It Is Today" Photograph Copyright Litigation

District of Nevada
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
 C.A. No. 80-373-RDF
District of Arizona
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
 C.A. No. 80-906-PHX(WPC)
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
 C.A. No. 80-304-TUC(ACM)
Central District of California
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
 C.A. No. CV80-01102-MRP(Mx)
Michael R. Wood, etc. v. MacDonald Group Ltd., et al.,
 C.A. No. CV80-2690-LTL
Eastern District of California
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
 C.A. No. F-80-252-MDC
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
 C.A. No. S-80-877-LKK
Northern District of California
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
 C.A. No. C80-4124-RFP
Southern District of California
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
 C.A. No. 80-1773-E(m)
District of Colorado
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
 C.A. No. 80-A-1488
District of Connecticut
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
 C.A. No. B-80-482
District of the District of Columbia
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
 C.A. No. 80-2885
Northern District of Illinois
Michael R. Wood v. Santa Barbara Chamber of Commerce, et al.,
 C.A. No. 80-C-6101
Southern District of Indiana
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
 C.A. No IP-80-1071-C
Southern District of Iowa
Michael R. Wood, etc. v. Santa Barbars Chamber of Commerce, et al.,
 C.A. No. 80-442-B
Eastern District of Michigan
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
 C.A. No. 80-74073
District of Nebraska
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
 C.A. No. 80-L-292
District of New Jersey
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
 C.A. No. 80-3532

    Eastern District of New York
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
  C.A. No. 80C3053
    Southern District of New York
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
  C.A. No. 80 Civ 6479
    Western District of New York
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
  C.A. No. 80-1030-B
    Middle District of North Carolina
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
  C.A. No.C-80-600-D
    Northern District of Ohio
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
  C.A. No. C80-2038A
    District of Oregon
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
  C.A. No. 80-6385-E
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
  C.A. No 80-1015
    Eastern District of Pennsylvania
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
  C.A. No. 80-4292
    Western District of Pennsylvania
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
  C.A.No. CA80-1571
    Southern District of Texas
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
  C.A. No. H-80-2481
    District of Utah
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
  C.A. No. C80-0650A
    Eastern District of Virginia
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
  C.A. No. 80-1199-N
    Eastern District of Washington
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
  C.A. No. C-80-443-RJM
    Western District of Washington
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
  C.A. No. C80-490T
Michael R. Wood, etc. v. Santa Barbara Chamber of Commerce, et al.,
  C.A. No. C80-1147V